**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on December 16, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.: 26-mj-47** |
| | : | |
| **DEYON HAMPTON, JR.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 844(i)** |
| | : | **(Use of Fire or Explosive to Damage a** |
| **Defendant.** | : | **Building Affecting Interstate Commerce** |
| | : | **Resulting in Personal Injury)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 14, 2026, within the District of Columbia, **DEYON HAMPTON, JR.,** maliciously damaged and destroyed, by means of fire and explosive materials, a building used in interstate commerce and in activities affecting interstate commerce, that is the building located at 1424 Eastern Avenue, NE, Washington, D.C.

The Grand Jury further charges that the offense resulted in personal injury to E.S.

**(Use of Fire or Explosive to Damage a Building Affecting Interstate Commerce Resulting in Personal Injury,** in violation of Title 18, United States Code, Section 844(i))

JEANINE FERRIS PIRRO
United States Attorney

A TRUE BILL:

FOREPERSON

By: _____
GAURI GOPAL
Assistant United States Attorney